## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KRISHNA MUIR,

        Plaintiff,

      v.

NAVY FEDERAL CREDIT UNION, *et al.*,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Civil Case No. 03-1193 (RJL)**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 29 day of September, 2010, it is hereby

**ORDERED** that the Motion for Summary Judgment by defendant Dearing [#88] is **GRANTED**; and it is further

**ORDERED** that final judgment be entered for the defendant Dearing on all counts.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge